UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

3:25-cr-30026

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 30026 |
| Plaintiff, | REDACTED INDICTMENT |
| v. | Assaulting, Resisting and Impeding a Federal Officer |
| MYA ROUBIDEAUX, a/k/a Mya Gallegos, | (18 U.S.C. § 111(a)) |
| Defendant. | |

The Grand Jury charges:

On or about March 18, 2025, in Todd County, in the District of South Dakota, the defendant, Mya Roubideaux, a/k/a Mya Gallegos, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Officer Andrea Eagle Pipe, while Officer Andrea Eagle Pipe was a law enforcement officer employed by the Rosebud Sioux Tribe, pursuant to a contract of the Rosebud Sioux Tribe with the United States Department of Interior, Bureau of Indian Affairs, granting authority under 25 U.S.C. § 2804 to perform law enforcement functions, and while Officer Andrea Eagle Pipe was engaged in the performance of her official duties, and said conduct did involve physical contact, in violation of 18 U.S.C. § 111(a).

A TRUE BILL:

**Name Redacted**

_____
Foreperson

ALISON J. RAMSDELL
United States Attorney

By: _____